**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-10840-GBN |
|---|---|
| HUMBLE, JAMES and VAUGHT, KRISTINA, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3011 | 4/28/10 | The Freak'N Painter, LLC<br>8950 W. Occotillo Rd.<br>Glendale, AZ 85305 | $74.99 |
| 3012 | 4/28/10 | Desert Ridge Concrete<br>PO Box 1321<br>Higley, AZ 85236 | $107.99 |

Dated this 24th day of August, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee